# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GARY EDWARD MICKLES
ADC #123473                                                                                                   PLAINTIFF

V.                                         NO: 4:06CV00283 WRW

SCOTT EDWARD TRUELOVE *et al.*                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of March, 2006.


                                                             /s/ Wm. R.Wilson,Jr.
                                                        UNITED STATES DISTRICT JUDGE

Dockets.Justia.com