# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GARY EDWARD MICKLES
ADC #123473                                                                                                PLAINTIFF

V.                                       NO: 4:06CV00283 WRW

SCOTT EDWARD TRUELOVE *et al.*                                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of March, 2006.


                                                        /s/ Wm. R.Wilson,Jr.
                                     UNITED STATES DISTRICT JUDGE